UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DION A. WALKER )<br>)<br>Defendant. ) | CASE NO.  1:05-CR-70 |

### ORDER

On June 13, 2006, and in accordance with 28 U.S.C. §636(b)(1)(B), (C), and N. D. Ind. L.R. 72.1(d)(1) this case was referred to Magistrate Judge Roger Cosbey to conduct any necessary hearings and submit a Report and Recommendation for the dispositon of the defendant's Motion to Suppress Evidence, DE [23] and Amended Motion to Suppress Evidence and to Dismiss Indictment, DE [28].  On September 15, 2006, Magistrate Judge Roger Cosbey  issued his Report and Recommendation, recommending that the defendant's Motion to Suppress Evidence, DE [23] and Amended Motion to Suppress Evidence and to Dismiss Indictment, DE [28] be DENIED.  This Report and Recommendation also informed the parties that, pursuant to 28 U.S.C. §636(b)(1)(C) of the Federal Magistrates' Act, they had ten days after being served with a copy of the Report and Recommendation to file written objections with the Clerk of the Court, and that failure to object may constitute a waiver of objection on appeal.  See also N.D.Ind. L.R. 72(d)(2).

More than ten days have passed since the parties have been served with a copy of Magistrate Judge Cosbey's Report and Recommendation and no objections have been filed with

the Clerk of the Court. Consequently, this court hereby ADOPTS Magistrate Judge Cosbey's Report and Recommendation, and finds that the defendant, Dion Walker's Motion to Suppress Evidence, DE [23] and Amended Motion to Suppress Evidence and to Dismiss Indictment, DE [28] are DENIED.

      Enter: October 3, 2006

      s/William C. Lee
      WILLIAM C. LEE, JUDGE
      UNITED STATES DISTRICT COURT